WALTER R. GOTTSCHALK, *ET AL.*, PLAINTIFF-PETI-
TIONER, v. MARIE COSTA, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate
Division.

*Mr. Walter R. Gottschalk, pro se.*

*Mr. Samuel J. Davidson* for the respondent.

September 28, 1964.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
DENNIS GEORGE KING, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 84 *N. J. Super.* 297.

*Mr. Augustine A. Repetto* and *Mr. Ernest M. Curtis* for
the petitioner.

*Mr. Gerald Weinstein* for the respondent.